UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:   )   BK No.:  21-12707
Jerome P Smith   )
Denise M Smith   )   Chapter: 13
)   Honorable Deborah L. Thorne
)
)
Debtor(s)   )

## ORDER EXTENDING AUTOMATIC STAY

This matter coming to be heard on the motion of the Debtors to extend the automatic stay; after due notice having been given and the opportunity for a hearing thereon, the Court being fully advised of the matter and pursuant to 11 USC §362(c)(3)(B),

IT IS HEREBY ORDERED THAT:

The automatic stay is extended as to all creditors.

Enter:

Honorable Deborah L. Thorne
United States Bankruptcy Judge

Dated:  November 24, 2021

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600