**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>JEROME P SMITH<br>AND<br>DENISE M SMITH,<br><br>DEBTORS. | CASE NO. 21-12707<br>CHAPTER 13<br><br>HON. DEBORAH L. THORNE<br><br>HEARING DATE: 1/18/2022<br>HEARING TIME: 10:30 A.M. |

**NOTICE OF WITHDRAWAL OF OBJECTION**

To:  Ricardo Gomez        ndil@geracilaw.com
     Scott Greenwood      ndil@geracilaw.com
     Charles F Kinzer     ndil@geracilaw.com
     Marilyn O Marshall   courtdocs@chi13.com
     Patrick S Layng      USTPRegion11.ES.ECF@usdoj.gov

The City of Chicago hereby withdraws its Objection to Plan Confirmation.

Celia Meza                                    Respectfully submitted,
Corporation Counsel
Jaime Dowell (ARDC# 6281312)                  THE CITY OF CHICAGO
Assistant Corporation Counsel
Chicago Department of Law                     Celia Meza
121 N. LaSalle St., Suite 400                 Corporation Counsel
Chicago, IL  60602
312-742-0056                                  By:    /s/  Jaime Dowell
jaime.dowell@cityofchicago.org

**CERTIFICATE OF SERVICE**

I, Jaime Dowell, an attorney, certify that I caused this notice to be served on the listed parties through the ECF system on 1/18/2022.

/s/  Jaime Dowell